12:31 PM
03/25/10

# High Mountain Market
## Statement of Cash Flows
### February 2010

|  | Feb 10 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 1,798.53 |
| Net cash provided by Operating Activities | 1,798.53 |
| **FINANCING ACTIVITIES** | |
| Draw | -2,723.84 |
| Net cash provided by Financing Activities | -2,723.84 |
| Net cash increase for period | -925.31 |
| Cash at beginning of period | -4,100.00 |
| Cash at end of period | -5,025.31 |

12:26 PM
03/25/10

# High Mountain Market
## Statement of Cash Flows
### January 2010

|  | Jan 10 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 1,239.00 |
| Net cash provided by Operating Activities | 1,239.00 |
| **FINANCING ACTIVITIES** | |
| Draw | -4,267.79 |
| Net cash provided by Financing Activities | -4,267.79 |
| Net cash Increase for period | -3,028.79 |
| Cash at beginning of period | -1,071.21 |
| Cash at end of period | -4,100.00 |